1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
7

8  JOHNATHAN CARDENAS,                )
                                        )
9                      Plaintiff,       )    Case No. 2:08-cv-01587-PMP-GWF
                                        )
10 vs.                                  )    **ORDER**
                                        )
11 SOLANO COUNTY, *et al.*,             )
                                        )
12                     Defendants.      )
   _____)

13

14    Plaintiff is a state prisoner without counsel seeking relief for alleged civil rights violations. *See*
15 42 U.S.C. § 1983.  He seeks leave to proceed *in forma pauperis* (#6).  This proceeding was referred to
16 this Court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

17    Plaintiff's declaration makes the showing required by 28 U.S.C. § 1915(a)(1) and (2).

18    Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the $350 filing fee. *See* 28 U.S.C. §
19 1914(a). An initial partial payment is assessed pursuant to Section 1915(b)(1). After viewing
20 Plaintiff's financial affidavit, Plaintiff's current account balance is $26.11.  Plaintiff's average six
21 month balance is $33.53.  Plaintiff's average monthly deposits are $120.33.  Plaintiff has been assessed
22 an initial partial filing fee of **$24.06** for this action pursuant to 28 U.S.C. § 1915(b)(1).  Upon payment
23 of that initial partial filing fee, Plaintiff will be obligated to make monthly payments of twenty percent
24 (20%)  of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The
25 agency having custody of Plaintiff shall forward payments from Plaintiff's account to the Clerk of the
26 Court each time the amount in the account exceeds $10 until the filing fee is paid.  Accordingly,

27    **IT IS HEREBY ORDERED** that Plaintiff's request to proceed *in forma pauperis* (#6) is
28 granted.

1   **IT IS FURTHER ORDERED** that all payments shall be collected in accordance with the
2   notice to the Director of the California Department of Corrections and Rehabilitation filed concurrently
3   herewith.
4   DATED this 10th day of February, 2009.

_____
GEORGE FOLEY, JR.
**UNITED STATES MAGISTRATE JUDGE**