# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNATHAN CARDENAS,

                Plaintiff,

vs.

SOLANO COUNTY, *et al.*,

                Defendants.

Case No. 2:08-cv-01587-PMP-GWF

**ORDER**

On February 10, 2009, the Court issued an Order granting Plaintiff's Application to Proceed *In Forma Pauperis* and Ordering the Director of the California Department of Correction to collect the partial payment fee from Plaintiff. (Dkt. #s 13, 14). The Clerk of the Court served the orders on Plaintiff via U.S. mail. (*See* Feb. 10, 2009 Docket Entry). However, on February 18, 2009, the notification regarding Plaintiff's order was returned as undeliverable as Plaintiff was no longer in the custody of the Department of Corrections. (*See* Feb. 18, 2009 Docket Entry).

Pursuant to Local Rule 83-183(b)-2, a party appearing *pro per* "shall keep the Court and opposing parties advised as to his or her current address". If mail directed to a plaintiff *pro per* by the Clerk is returned "and if such plaintiff fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." *Id.* To date, Plaintiff has failed to inform the Court of a change in address. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Dkt. #1) is **DISMISSED** without prejudice based on Plaintiff's failure to inform the Court of a change in address. Plaintiff will have **thirty (30) days** from the date that this Order is entered to file an

1  amended complaint and inform the Court of his current address. Failure to comply with this Order will
2  result in the recommendation that this action be dismissed.
3      DATED this 2nd day of June, 2009.

                                            _____
                                            **GEORGE FOLEY, JR.**
                                            **UNITED STATES MAGISTRATE JUDGE**