1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNATHAN CARDENAS,  )
                                     )
                   Plaintiff,  )        Case No. 2:08-cv-01587-PMP-GWF
                                       )
vs.  )        **FINDINGS AND**
                                       )        **RECOMMENDATIONS**
SOLANO COUNTY, *et al.*,  )
                                       )
                 Defendants.  )
_____ )

       On June 3, 2009, the Court dismissed Plaintiff's Complaint without prejudice for failure to keep Defendants and the Court advised to his current address in compliance with Local Rule 83-183(b)-2. (Dkt. #12)  Furthermore, the Court directed Plaintiff to inform the Court of his current address by July 3, 2009 and notified Plaintiff that failure to do so within the established time would result in a recommendation that this action be dismissed with prejudice.  (*Id.*)  To date, Plaintiff has failed to file his current address with the Court within the allotted time period and the time allowed has now expired. Accordingly,

       **IT IS HEREBY RECOMMENDED** that Plaintiff's Complaint (Dkt. #1) should be **DISMISSED with prejudice** based on Plaintiff's change of address and failure to timely inform the Court and Defendants of his current address in compliance with Local Rule 83-183(b)-2.

## NOTICE

       These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within twenty (20) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and

Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED this 20th day of August, 2009.

**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**

2